In the Matter of FRANK C. MAX, JR., Petitioner, v ERIE COUNTY WATER AUTHORITY et al., Respondents.—

Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.